UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__TONYA  BROOKS__

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

__New York City Police Dept.__

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. Typically, the company or organization named in your charge to the Equal Employment Opportunity Commission should be named as a defendant. Addresses should not be included here.)*

**11 CIV. 0706**

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

RECEIVED
JAN 31 2011
PRO SE OFFICE

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

- ☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
  **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

- ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
  **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

- ☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
  **NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

- ☑ New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

- ☑ New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

*Rev. 05/2010*                                                    1

I. **Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name TONYA BROOKS
Street Address 2220 Wallace Ave #2D
County, City BRONX, NY 10467
State & Zip Code New York 10467
Telephone Number 718 798 1813

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant    Name New York City Police Dept.
Street Address One Police Plaza
County, City New York
State & Zip Code New York 10007
Telephone Number 646 610·5000

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer New York City Police Dept (PSA #6)
Street Address 2770 8ª Ave
County, City New York
State & Zip Code New York 10039
Telephone Number 212 694·7700

II. **Statement of Claim:**

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

    _____ Failure to hire me.

    _____ Termination of my employment.

    _____ Failure to promote me.

    _____ Failure to accommodate my disability.

    _____ Unequal terms and conditions of my employment.

*Rev. 05/2010*                                         2

__✓__ Retaliation.

__✓__ Other acts *(specify)*: __Discrimination__.

*Note:* Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: __1·3·08__
*Date(s)*

C. I believe that defendant(s) *(check one)*:

__✓__ is still committing these acts against me.

____ is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

☑ race __African American__, color __Brown__

☐ gender/sex _____   ☐ religion _____

☑ national origin __African American__

☐ age.  My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

☐ disability or perceived disability, _____ *(specify)*

E. The facts of my case are as follow *(attach additional sheets as necessary)*:

On Jan. 3, 2008 I received a Command Discipline from a Supervisor that was totally fabricated based on an Act of Excessive force that I observed performed on an innocent Civilian visitor to the Command. In Continuous Retaliation I was put on forced Monitoring Both Level I, then Level II. Command Discipline Are Continued To Be issued Unjustly.

*Note:* As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

### III.  Exhaustion of Federal Administrative Remedies:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: __December 17, 2008__ *(Date)*.

*Rev. 05/2010*                                3

B.  The Equal Employment Opportunity Commission *(check one)*:

      _____ has not issued a Notice of Right to Sue letter.

      \_\_✓\_\_\_\_ issued a Notice of Right to Sue letter, which I received on __11·10·08__ *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.  Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

      _____ 60 days or more have elapsed.

      _____ less than 60 days have elapsed.

## IV.  Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: __I'm requesting that the Unfair and Discriminatory, Retaliation Be acknowledged And Strongly Discouraged, And Ultimatly Stopped By the NYPD__

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __31__ day of __January__, 20__11__

Signature of Plaintiff __J. Brooks__

Address __2220 Wallace Ave #2D__
__Bronx NY 10467__

Telephone Number __718 798 1813__

Fax Number *(if you have one)* _____

Please Be Advised I Did receive A "Right To Sue letter" on Approximately Nov 11, 2010 An Said letter will need to Be Replaced Due To An Unforseen Accident.
EEOC Charge No: 520-2009-00464

J. Brooks.